FROM THE DESK OF

# CHAD ALAN STUCHIS

chad.stuchis@gmail.com



RECEIVED

DEC 11 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

December 7, 2023

United States District Court
  for the Southern District of Iowa
123 E Walnut St.
Des Moines, IA 50309

Dear madam or sir:

This is notification of my intent to sue Universal Health Systems, Inc (DBA "Clive Behavioral Health Hospital") for violations of the False Claims Act at its Clive location.

The alleged violations occurred in relation to the involuntary confinement of patient Elena Mikhailova (of Grinnell, Iowa) from August 18 - August 23, 2023.

Kind regards,

Chad Stuchis   *[signature]*

Note: In September, I reported a range of concerns to State agencies, including the Insurance Division and Inspections & Appeals. At that time, I did not know I could file suit qui tam under the False Claims Act.

Location of Clive Behavioral Health Hospital:

1450 NW 114th St
Clive, IA 50325

# Fax Transmittal Cover Sheet

To: U.S. District Court, Iowa Southern

From: Chad Stuchis

FAX number: 515 473 9288

Date: Dec 8, 2023

Number of pages (including this one): 2

Message:

Notice of Intent to file suit under False Claims Act.

Transmitted by Drake Community Library, Grinnell, Iowa, on behalf of sender.
Library FAX number: (641) 236-2667

TRANSMISSION VERIFICATION REPORT

```
TIME    : 12/08/2023 12:45
NAME    :
FAX     :
TEL     :
SER.#   : BROA0J123837
```

```
DATE,TIME             12/08  12:45
FAX NO./NAME          15154739288
DURATION              00:00:00
PAGE(S)               00
RESULT                BUSY
MODE                  STANDARD
```

BUSY: BUSY/NO RESPONSE

| TRANSMISSION VERIFICATION REPORT | |
|---|---|

```
                                     TIME   : 12/08/2023 12:47
                                     NAME   :
                                     FAX    :
                                     TEL    :
                                     SER.#  : BROA0J123837
```

```
DATE,TIME             12/08  12:47
FAX NO./NAME          15154739288
DURATION              00:00:00
PAGE(S)               00
RESULT                BUSY
MODE                  STANDARD
```

BUSY: BUSY/NO RESPONSE

| Transmission Report | | | | |
|---|---|---|---|---|
| Date/Time | 12-08-2023 | 12:45:27 p.m. | Transmit Header Text | |
| Local ID 1 | 6412368123 | | Local Name 1 | Total Choice |

This document : Failed
(reduced sample and details below)
Document size : 8.5"x11"

# Fax Transmittal Cover Sheet

To: _U.S. District Court, Iowa Southern_

From: _Chad Stuchis_

FAX number: _515 473 9288_

Date: _Dec 8, 2023_

Number of pages (including this one): _2_

Message:

_Notice of Intent to file suit under False Claims Act._

Transmitted by Drake Community Library, Grinnell, Iowa, on behalf of sender.
Library FAX number: (641) 236-2667

Total Pages Scanned : 2          Total Pages Confirmed : 0

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 367 | 15154739288 | 12:45:07 p.m. 12-08-2023 | 00:00:00 | 0/2 | 1 | -- | HS | FA |

Abbreviations:
HS: Host send          PL: Polled local          MP: Mailbox print     CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote         RP: Report            FA: Fail               G3: Group 3
WS: Waiting send       MS: Mailbox save          FF: Fax Forward       TU: Terminated by user EC: Error Correct

CHAD STUC[...]
822 Turnberry Dr.
Grinnell, IA 50112

X-RAYED & CLEARED BY U.S.M.S.

U.S. District Court
Southern District of Iowa
123 E Walnut St, Suite 300
Des Moines IA 50309

U.S. POSTAGE
FCM LETTER
GRINNELL, IA 5
DEC 08, 2023
$5.01
R2305M146167

Retail
7022 2410 0001 1971 2564
50309
RDC 99

50309-206499